UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:25-cv-80288-DMM

FREDERIC GAUTIER-WINTHER,

PLAINTIFF,

vs.

JET GENIUS FLORIDA HOLDINGS, INC. d/b/a CHARTER FLIGHT GROUP and JORDAN BROWN, individually,

Defendants.
_______________________________________/

**DECLARATION OF FREDERIC GAUTIER-WINTTHER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS**

I, Frederic Gautier-Winther, declare as follows:

1. I am the Plaintiff in this matter. I am over the age of eighteen and personally familiar with the facts set forth below. I make this declaration in support of my Motion for Default Judgment against Defendants Jet Genius Florida Holdings, Inc. d/b/a Charter Flight Group ("CFG") and JORDAN BROWN ("Brown").

2. Brown is the Director, President and Secretary of CFG, which is in the business of brokering air charter services.

3. On November 15, 2024, I entered into an agreement with CFG (the "Agreement"), whereby in exchange for a payment from me to CFG in the amount of Eighty-Eight Thousand, Nine Hundred Twenty Five Dollars ($US88,925.00)(the "Charter Price"), CFG agreed to arrange a charter flight for me from William P. Hobby Airport in Houston, Texas to Providenciales Airport in the Turks and Caicos

Islands that was scheduled to take place on December 26, 2024, and for a return charter flight back to Houston on January 2, 2025 (collectively, the "Charter Flights"). A copy of the Agreement is attached to the Complaint filed in this matter.

4. I timely paid the entire amount owed under the Agreement. As specifically set forth in the applicable federal regulations. 14 C.F.R. §380.34(b), CFG was required to deposit the Charter Price in a separate and segregated escrow account for return to me in the event CFG failed to provide Charter Flights, and upon information and belief, it did so.

5. Through no fault of my own, CFG failed to provide either of the Charter Flights.

6. Pursuant to the terms of the Agreement, having failed to provide the Charter Flights, CFG was obligated to return the Charter Price to me.

7. I demanded in writing that CFG return the Charter Price to me but at the direction of Brown, CFG refused to do so.

8. By letter certified mail, return receipt requested and an email dated February 28, 2025, from my counsel, Defendants were sent the requisite written civil theft notice under Fla. Stat. §772.11 for return of the Charter Price, but at the instruction of Mr. Brown, Plaintiff refused to return the Charter Price to me.

9. CFG and Brown, with felonious intent, have refused to return the Charter Price to me.

10. As a result of CFG's refusal to provide the Charter Flights, I was forced to make alternative charter flight arrangements to fly between Houston and the Turks and Caicos Islands (the "Alternative Charter Flight Arrangements").

11. Accordingly, I was forced to pay a total of $140,530.47 to Wing Aviation Charter/ Anderson Jet for the Alternative Charter Flight Arrangements. Documents evidencing those Arrangements and the costs of those Arrangements are attached hereto as Composite Exhibit 1.

12. As a result of CFG's breach of the Agreement, I have incurred damages in the amount of $140,530.47, exclusive of interest, costs and legal fees, and exclusive of treble damages of $266,775.00, i.e. 3 X $88,925.00, the amount that I paid CFG which CFG and Brown with felonious intent refused to return to me.

13. As a direct result of the aforementioned actions of CFG and Brown, I have been required to engage the services of Torricella Law, PLLC and have agreed to pay a reasonable fee for those services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2025.

FREDERIC GAUTIER-WINTHER

# EXHIBIT
# "1"

WING AVIATION

8912 Paul B. Koonce St.
Houston, Texas 77061
Phone: 713.645.9464
Toll Free: 866-944-9464
Fax: 713.645.9465
Charter@wingaviation.com

# QUOTE FOR PRIVATE AIR CHARTER

*Prepared For:*

**Anderson Jet**

**Address:**

**Phone:** 713-201-7380

**Date of trip:** 26 Dec 2024 to 02 Jan 2025

**Contact:** George Dodge

**Date Quoted:** 20 Dec 2024

**Quote Number:** 144105

**Aircraft:** CL-604

| DATE | ETD | DEPARTURE CITY | ARRIVAL CITY | ETA | PAX | S MILES | ETE | TZC |
|---|---|---|---|---|---|---|---|---|
| 26 Dec 2024 | TBA | HOUSTON, TX (KHOU) | PROVIDENCIALES, PK (MBPV) | TBA | 10 | 1,531 | 03:17 | 1.0 |
| 02 Jan 2025 | TBA | PROVIDENCIALES, PK (MBPV) | HOUSTON, TX (KHOU) | TBA | 10 | 1,531 | 04:01 | -1.0 |
| | | | | | | 6,914 | 17:05 | |

| | |
|---|---|
| Aircraft Charges | 138,950.13 |
| F.E.T. | 0.00 |
| **GRAND TOTAL** | **$138,950.13** |

**PASSENGERS:**The Transportation Security Administration (TSA) requires you to provide your full name, date of birth, and gender for the purpose of watch list screening, under the authority of 49 U.S.C. section 114, the Intelligence Reform and Terrorism Prevention Act of 2004 and 49 C.F.R parts 1540 and 1560. You may also provide your Redress Number, if available. Failure to provide your full name, date of birth, and gender may result in denial of transport or denial of authority to enter the boarding area. TSA may share information you provide with law enforcement or intelligence agencies or others under its published system of records notice. For more on TSA privacy policies, or to review the system of records notice and the privacy impact assessment please see the TSA Web site at www.tsa.gov <http://www.tsa.gov>.

**TRANSPORTATION OF HAZARDOUS MATERIALS:** Federal law forbids the carriage of hazardous materials aboard aircraft. Hazardous materials include explosives, compressed gases including oxygen, flammable/combustible liquids and solids, oxidizers and organic peroxides, poisons, radioactive material, corrosive material, magnetized material, medical/scientific pharmaceuticals with potential infectious agent, undeclared firearms, undeclared ammunition, undeclared dry ice, undeclared lithium batteries, undeclared selfdefense spray, undeclared CO2 cartridges, undeclared mercury and undeclared large voltage batteries or spill able batteries

WING AVIATION

8912 Paul B. Koonce St.
Houston, Texas 77061
Phone: 713.645.9464
Toll Free: 866-944-9464
Fax: 713.645.9465
Charter@wingaviation.com

# QUOTE FOR PRIVATE AIR CHARTER

***Prepared For:***

## Anderson Jet

## Aircraft Charter Services Agreement Quote #144105

Any change of itinerary or days of usage will invalidate the quoted price. Wing Aviation is not responsible for cancellations or passenger delays due to maintenance issues, weather, acts of God, forces of nature, or any other cause beyond the control of Wing Aviation. Refunds will not be issued for delays or schedule changes beyond the control of Wing Aviation.

**Customer/Company will be required to prepay for charter services prior to departure of flight.**
Additional charges may include catering, flight phone usage; wifi; ground transportation, de-icing/hangar fees, and/or any additional services requested by client and will be invoiced net 10 days after completion of charter flight for any additional charges and final invoice for any additional charges will be due Net 15 days from the invoice date.

**50% deposit is required 10 days prior to all International departures and is non-refundable.**

**Cancellations:** Flight charges are fully refundable with minimum advance notice. Wing Aviation must receive notice of cancellation 48 hours prior to scheduled departure time. Cancellations between 96 and 48 hours of scheduled departure will be subject to charges incurred or 25% of quoted price, whichever is greater. Cancellation within 48 hours of scheduled departure will be subject to charges incurred or 50% of quoted price, whichever is greater. Cancellation within 24 hours will be subject to 100% of the quoted price. Any Itinerary changes made after charter confirmation will be subject to approval and a 2 hour daily minimum for the original length of the trip if applicable.

**Holiday Policy:** Any trips spanning over holiday dates which are cancelled by the Customer are **subject to the below scale of fees**. Holiday dates are: January 1-5, July 3-5, President's Day Weekend, Memorial Day weekend, Labor Day Weekend, Thanksgiving Week (Tuesday prior - Sunday following), and December 20 - 31. IF the trip is cancelled at the customer's request -

**21 days to 14 days** before the scheduled departure date - Cancellation fee of 15% of the total amount of the charter or Costs incurred, whichever is greater.
**13 days to 5 days** before the scheduled departure date - Cancellation fee of 25% of the total amount of the charter or costs incurred, whichever is greater.
**4 days to 1 day** before the scheduled departure date - Cancellation fee of 50% of the total amount of the charter or costs incurred, whichever is greater.
**24 hours prior** to the scheduled departure time - Cancellation fee of 100% of the total amount of the charter.

**"ONE WAY" Cancellation Policy**: 72 hours notice will be required on all cancellations on one way routings where client is paying a discounted rate for a one way segment and not paying for deadhead legs associated with the flight. Any "one way" trips cancelled within 72 hours will be charged a cancellation fee of 100% of the total amount quoted.

**Note:** Customer is responsible for any additional expenses incurred.Deviation for Significant weather Events Special catering, transportation, flight phone, wifi, deicing, landing, parking and/or hangar of aircraft, and any other additional expenses are invoiced at actual cost. Customer is responsible for damages beyond normal wear and tear and for cleaning beyond normal usage.

Acceptable forms of payment will be wire transfer or certified cashier's check. Upon management approval company check or credit card may be accepted from clients with a long standing relationship whose account is in good standing. If desired form of payment Is by credit card, an authorized agent and/or cardholder as stated above, hereafter collectively referred to as "Client" authorizes Wing Aviation to secure funds on this quote by credit card holder plus a 3.75% administrative fee.

Payment for aircraft charter is due in full prior to departure unless payments terms have been approved by management. A $1,000 hold will be placed on the credit card the day prior to the flight to cover any incidental charges. Any and all incidental charges will be charged to the customer's credit card once Wing Aviation receives the invoice from the vendor, this will include a 3.75% administrative fee. Please note incidental charges from international flights may take up to 30 days for processing.

Authorized signature representing the Client acknowledges and agrees to the above stated terms.

To confirm this charter, please complete and sign this form and fax back to 713-583-2251 with a clear copy of credit card holder driver's license.

SIGNATURE: George A Dodge DATE: 12/21/24

***(*REQUIRED CREDIT CARD INFORMATION)***
CIRCLE TYPE OF CARD: VISA / MASTERCARD AMOUNT TO CHARGE CARD: $ ____________

CREDIT CARD NUMBER: ____________ EXPIRATION DATE: ____________ SEC CODE ______

MAILING ADDRESS: ____________
(credit card holder) ____________

SIGNATURE: ____________ DATE: ____________
(credit card holder)

PRINT NAME: ____________ (credit card holder, as it appears on the card)

All credit card payments will be assessed a 3.75% fee

GGT WORLDWISE

**CONFIRMED SERVICE**

**CONFIDENTIAL INFORMATION**

**Wing Aviation** **Reference: 144105**

## >> Flight / Location

**N309WB**
Provo Air Center

**MBPV/PLS - PROVIDENCIALES**
PROVIDENCIALES IS., TURKS & CAICOS ISLANDS

## >> Ground Operation

**326769** **Frederic Gautier-Winther**

Date: Thursday, December 26, 2024
Time: 11:47

Vehicle Type: SUV
Passengers: 6

Collection: MBPV/PLS - Providenciales International - ETA 12.17
Providenciales

Destination: The Palms Turks and Caicos, Grace Bay Beach, Princess Dr, The Bight Settlement TKCA 1ZZ, Turks & Caicos Islands

Special Instructions: Vehcle 1 of 2

## >> Driver Information

*Information may not be available until 24 hours prior to operation*

**Driver:**

**Cell Phone:**

Vehicle:
Color:
License Plate:



(Phone) +1 713 692 6440 (Fax) +1 713 692 6366 operations@ggtworldwise.com

## >> Flight / Location

**N309WB**
Provo Air Center

**MBPV/PLS - PROVIDENCIALES**
PROVIDENCIALES IS., TURKS & CAICOS ISLANDS

## >> Ground Operation

**326770** **Frederic Gautier-Winther**

Date: Thursday, December 26, 2024
Time: 11:47

Vehicle Type: SUV
Passengers: 6

Collection: MBPV/PLS -Providenciales International - ETA 12.17
Providenciales

Destination: The Palms Turks and Caicos, Grace Bay Beach, Princess Dr, The Bight Settlement TKCA 1ZZ, Turks & Caicos Islands

Special Instructions: Vehcle 2 of 2

## >> Driver Information

*Information may not be available until 24 hours prior to operation*

**Driver:**

**Cell Phone:**

Vehicle:
Color:
License Plate:

## GlobalGround Transport

CANCELLATION AND CHANGES: Charges may apply for cancellations received within 4 hours of service for most US and Canadian locations and 24 hours for international reservations. During special events the cancellation policy may extend to 48 hours or more.
TERMS AND CONDITIONS: Please review the Terms and Conditions set forth at www.GlobalGroundTransport.com. This reservation and your use of GGT WorldWise services indicate your acceptance of these Terms and Conditions.



(Phone) +1 713 692 6440 (Fax) +1 713 692 6366 operations@ggtworldwise.com

WING AVIATION

# Passenger Trip Sheet

| | | | | | |
|---|---|---|---|---|---|
| Trip Number: | 144105 | Requester: | Anderson Jet | Authorizer: | BUTJ |
| Trip Date(s): | 26 Dec 2024 to 02 Jan 2025 | Planner: | George Dodge | Authorizer Phone: | |
| AC Tail Number: | N309WB | Planner Phone: | 713-201-7380 | Authorizer Fax: | |
| AC Type ID: | CL64 | Planner Fax: | | | |

## ITINERARY MESSAGE

This message is from the Aviation Department.
Your Trip Itinerary is as follows:

| LEG 1 [ Trip 144105 - Leg 1] | | TIME + / - | LOCAL TIME | REG | DISTANCE | ETE | PAX |
|---|---|---|---|---|---|---|---|
| KDAL | Dallas Love Field Airport, Dallas, TX | 0.0 | Thu 26 Dec 7:07am | 135 | 208 | 00:53 | 0 |
| KHOU | William P. Hobby Airport, Houston, TX | | Thu 26 Dec 8:00am | | | | |

**CREW**

PIC Chocron Laya, Ely Joel Cell: 786-384-0459 SIC McMullen, Jack Billy Cell: 918-808-6474
CRW Jackson, Kimberly D Cell: 972-977-0773

**TRANSIENT CREW**

**SERVICE FACILITIES**

KDAL - FROM TERMINAL: SIGNATURE FLIGHT SUPPORT - Terminal 4 PHONE: 214-214-7701
7701 LEMMON AVE, DALLAS, TX 75209

KHOU - TO TERMINAL: GALAXY FBO PHONE: +1 713 782 7878
8912 PAUL B KOONCE STREET, Houston, TX 77061

**PASSENGER NOTES**

**PASSENGERS**

WING AVIATION

# Passenger Trip Sheet

| | | | | | |
|---|---|---|---|---|---|
| Trip Number: | 144105 | Requester: | Anderson Jet | Authorizer: | BUTJ |
| Trip Date(s): | 26 Dec 2024 to 02 Jan 2025 | Planner: | George Dodge | Authorizer Phone: | |
| AC Tail Number: | N309WB | Planner Phone: | 713-201-7380 | Authorizer Fax: | |
| AC Type ID: | CL64 | Planner Fax: | | | |

| LEG 2 [ Trip 144105 - Leg 2] | | TIME + / - | LOCAL TIME | REG | DISTANCE | ETE | PAX |
|---|---|---|---|---|---|---|---|
| KHOU | William P. Hobby Airport, Houston, TX | 1.0 | Thu 26 Dec 9:00am | 135 | 1,330 | 03:17 | 12 |
| MBPV | Providenciales International Airport, Providencia | | Thu 26 Dec 1:17pm | | | | |

## CREW

PIC Chocron Laya, Ely Joel Cell: 786-384-0459 SIC McMullen, Jack Billy Cell: 918-808-6474

CRW Jackson, Kimberly D Cell: 972-977-0773

## TRANSIENT CREW

## SERVICE FACILITIES

KHOU - FROM TERMINAL: GALAXY FBO PHONE: +1 713 782 7878
8912 PAUL B KOONCE STREET, Houston, TX 77061

MBPV - TO TERMINAL: PROVO AIR CENTER PHONE: +1 649 339 4101
THE OLD AIRPORT ROAD, PROVIDENCIALES IS.

## PASSENGER NOTES

MBPV - PAX TRANSPORT: GLOBAL GROUND TRANSPORT PHONE: 713-692-6440 800-750-7079

MBPV - PAX TRANSPORT: 2 Suburban cars for passengers
confirmed with GGT
Pick up from Provo Air Center
upon arrival
Drop off: The Palms Hotel
Grace Bay Beach, Princess Dr, The Bight Settlement TKCA 1ZZ, Turks & Caicos Islands

CONF: 326769 and 326770

## PASSENGERS

1. Gautier- Winther, Benjamin Gabriel
2. Gautier- Winther, Edward John
3. Gautier-Winther, Alyx Valentine
4. Gautier-Winther, Andrew Pierre
5. Gautier-Winther, Florence
6. Gautier-Winther, Frederic
7. Gautier-Winther, Jordan Adair
8. Gautier-Winther, Julie Aurore
9. Gautier-Winther, Maxime Ann
10. Gautier-Winther, Pierre Wayne
11. Gautier-Winther, Vincent Beau
12. Gautier-Winther, Wesley Bernard

WING AVIATION

# Passenger Trip Sheet

| | | | | | |
|---|---|---|---|---|---|
| Trip Number: | 144105 | Requester: | Anderson Jet | Authorizer: | BUTJ |
| Trip Date(s): | 26 Dec 2024 to 02 Jan 2025 | Planner: | George Dodge | Authorizer Phone: | |
| AC Tail Number: | N309WB | Planner Phone: | 713-201-7380 | Authorizer Fax: | |
| AC Type ID: | CL64 | Planner Fax: | | | |

| LEG 3 [ Trip 144105 - Leg 3] | | TIME + / - | LOCAL TIME | REG | DISTANCE | ETE | PAX |
|---|---|---|---|---|---|---|---|
| MBPV | Providenciales International Airport, Providencia | -1.0 | Thu 02 Jan 10:00am | 135 | 1,330 | 04:01 | 12 |
| KHOU | William P. Hobby Airport, Houston, TX | | Thu 02 Jan 1:01pm | | | | |

## CREW

| | | | | | |
|---|---|---|---|---|---|
| SIC | de Carion, David Kenneth | Cell: 858-232-8941 | CRW | Woppman, Gloria Michelle | Cell: 972-567-6766 |

## TRANSIENT CREW

## SERVICE FACILITIES

MBPV - FROM TERMINAL: PROVO AIR CENTER PHONE: +1 649 339 4101
THE OLD AIRPORT ROAD, PROVIDENCIALES IS.

KHOU - TO TERMINAL: GALAXY FBO PHONE: +1 713 782 7878
8912 PAUL B KOONCE STREET, Houston, TX 77061

## PASSENGER NOTES

## PASSENGERS

1. Gautier- Winther, Benjamin Gabriel
2. Gautier- Winther, Edward John
3. Gautier-Winther, Alyx Valentine
4. Gautier-Winther, Andrew Pierre
5. Gautier-Winther, Florence
6. Gautier-Winther, Frederic
7. Gautier-Winther, Jordan Adair
8. Gautier-Winther, Julie Aurore
9. Gautier-Winther, Maxime Ann
10. Gautier-Winther, Pierre Wayne
11. Gautier-Winther, Vincent Beau
12. Gautier-Winther, Wesley Bernard

WING AVIATION

# Passenger Trip Sheet

| | | | | | |
|---|---|---|---|---|---|
| Trip Number: | 144105 | Requester: | Anderson Jet | Authorizer: | BUTJ |
| Trip Date(s): | 26 Dec 2024 to 02 Jan 2025 | Planner: | George Dodge | Authorizer Phone: | |
| AC Tail Number: | N309WB | Planner Phone: | 713-201-7380 | Authorizer Fax: | |
| AC Type ID: | CL64 | Planner Fax: | | | |

| LEG 4 [ Trip 144105 - Leg 4] | TIME + / - | LOCAL TIME | REG | DISTANCE | ETE | PAX |
|---|---|---|---|---|---|---|
| KHOU William P. Hobby Airport, Houston, TX | 0.0 | Thu 02 Jan 3:02pm | 135 | 763 | 02:28 | 0 |
| MMPR Lic. Gustavo Diaz Ordaz Intl., Puerto Vallarta, J/ | | Thu 02 Jan 5:30pm | | | | |

**CREW**

| | | | | | |
|---|---|---|---|---|---|
| SIC | de Carion, David Kenneth | Cell: 858-232-8941 | CRW | Woppman, Gloria Michelle | Cell: 972-567-6766 |

**TRANSIENT CREW**

**SERVICE FACILITIES**

KHOU - FROM TERMINAL: GALAXY FBO PHONE: +1 713 782 7878
8912 PAUL B KOONCE STREET, Houston, TX 77061

MMPR - TO TERMINAL: AEROTRON PHONE: +52 322 226 8440
AEROTRON - PUERTO VILLARTA INTL APT, PUERTO VALLARTA, JALI 48335

**PASSENGER NOTES**

**PASSENGERS**

WING AVIATION

# WING AVIATION CHARTER SERVICES INVOICE FOR AIRCRAFT

| | | | |
|---|---|---|---|
| **Quoted For:** | Anderson Jet | **Invoice Number:** | 144105 |
| **Contact:** | George Dodge | **Date Invoiced:** | 2 Jan 2025 |
| **Address:** | | **Quote Number:** | 144138 |
| | | **Trip Number:** | 144105 |
| **Phone:** | 713-201-7380 | **Aircraft:** | CL-604 |
| | | **Tail #:** | N309WB |
| **Date of trip:** | 26 Dec 2024 to 2 Jan 2025 | | |

| LEG# | DATE | DEPARTURE CITY | ARRIVAL CITY |
|---|---|---|---|
| 2 | 26 Dec 2024 | HOUSTON, TX (KHOU) | PROVIDENCIALES, PK (MBPV) |
| 3 | 2 Jan 2025 | PROVIDENCIALES, PK (MBPV) | HOUSTON, TX (KHOU) |

| | |
|---|---|
| **SUBTOTAL** | 140,530.47 |
| F.E.T. | 0.00 |
| **GRAND TOTAL** | **$140,530.47** |

Terms: Due Upon Receipt

| | | |
|---|---|---|
| **PAYMENT HISTORY:** | Payment made on 23 Dec 2024: | $138,950.13 |
| | **TOTAL DUE: Catering & Passenger Transportation Fee** | **$1,580.34** |

We appreciate your prompt payment. Acceptable forms of payment are wire transfer or company check.
If total expenses incurred exceed the estimate, client could be invoiced at a later date.

Wire instructions:
Woodforest National Bank
Routing #: 113008465
Acct#: 448456

*8912 Paul B. Koonce St., Houston TX 77061 (713) 645-9464*