# TORRICELLA LAW

*Via e-mail:* gautier@winther.us

February 4, 2025

Frederic Gautier-Winther
1919 Post Oak Park Drive
Suite 3101
Houston Tx 77027

Re: Claim Against Jet Genius Florida Holdings, Inc. d/b/a Charter Flight Group ("Jet Genius") and Jordan Brown

Dear Mr. Gautier-Winther:

Thank you for selecting Torricella Law, PLLC (the "Firm"), to provide you with legal representation in connection with the above-referenced matter (hereinafter, the "Engagement"). You are the "Client" for purposes of this engagement.

1. Nature of Engagement. The scope of our services is limited to the Engagement. If you select us to provide additional services beyond those described in the Engagement we will prepare a separate agreement covering those services.

2. Responsible Attorney. The attorney with the primary responsibility for the Engagement will be Maurice J. Baumgarten. Other attorneys at the Firm may assist Mr. Baumgarten from time to time.

3. Fees. The Firm's fees for services are based upon the hourly rates for the attorneys and paralegals that provide services to the Clients on the Engagement. The Firm's rate for attorneys for this matter is a reduced rate of $500.00 an hour and the rate for paralegals is $200.00 an hour. Those billing rates are subject to adjustment from time, usually at the start of a calendar year, to account for increased costs of furnishing legal services and for other factors. The Firm will discuss any planned adjustment with you in advance. The fees and costs relating to the Engagement are not predictable. Any estimates of fees or costs that the Firm provides are estimates based upon professional judgment and are not fixed fee or maximum fee-and-cost quotations.

4. Costs. The Firm does not charge its clients for routine photocopy, printing, telephone, and computerized legal research expenses. The Firm's statements, however, will include allocable charges for other costs and expenses incurred in performing its services, such as outside printing and reproduction services, mail, messenger and delivery services, specialized computer research, travel (including mileage, parking, air or rail fare, lodging, meals, taxis or car rentals), secretarial and support staff overtime (only when necessary), and, where applicable, court costs, filing fees, and other litigation support services, such as outside document scanning, coding, and printing. Unless other arrangements are made and where applicable, the Firm may forward invoices or bill certain expenses directly to the Client and those expenses will not be the Firm's responsibility, irrespective of whether those expenses are incurred by the Firm or by the Client.

5. Billing Arrangements. The Firm renders on-account bills on an approximate monthly basis, but may invoice at other intervals, as it may determine. The Firm's statements generally will be prepared and mailed or e-mailed to you and are due immediately. Statements not paid within thirty (30) days shall bear interest at the rate of ten (10%) percent per annum. The Firm reserves the right to defer providing services or to discontinue its representation if billed amounts are not paid within thirty (30) days.

6. Advance Fee. The Firm's agreement to represent the Client is contingent upon payment of an advance refundable fee of $5,000.00 (the "Retainer"). The Firm will hold the Retainer in its account and apply it to its ~~final~~ statements or in satisfaction of unpaid charges at its discretion. The Firm may require an adjustment to increase the Retainer at any time, depending upon the nature of legal work underway at any given time and the Firm may refrain from performing additional work until the retainer is supplemented.

7. Client Documents: We will maintain any necessary documents (including any electronic copies) relating to this matter in our client files. We will provide you with copies of all correspondence relating to the Engagement. At the conclusion of the Engagement (or earlier, if appropriate), it is your obligation to advise us as to which, if any, of the documents in our files you wish us to make available to you. These documents will be delivered to you within a reasonable time after receipt of payment for outstanding fees and costs, subject to applicable rules of attorney conduct. We will retain any remaining documents in our files for a certain time, after which we will destroy them in accordance with our record retention program.

8. Termination of Engagement. You have the right at any time to terminate the Firm's services and the Engagement upon written notice to the

Firm. Likewise, the Firm has the right to terminate the Engagement upon written notice to you, subject to such limitations or conditions as may be required by the Rules Regulating the Florida Bar or by any court to the extent a matter is in litigation. Any termination shall not, however, relieve you of your obligation to pay for all costs incurred and remaining unreimbursed at the time of termination.

9. Independent Counsel. You acknowledge and agree that, prior to entering this Agreement, you have been advised by, or have had the opportunity to consult with, independent counsel (not the Firm) regarding the terms and conditions of this Agreement. The terms of the Engagement are governed by Florida law and applicable provisions of the Rules Regulating the Florida Bar. By entering into this Agreement, you agree and acknowledge that this Agreement constitutes and embodies the entire agreement and understanding between you and the Firm and supersedes all prior or contemporaneous written or oral agreements or understandings between you and the Firm, all of which shall be deemed void.

10. Applicable Law, Dispute Resolution, Interest. The terms of the Engagement are governed by Florida law and applicable provisions of the Rules Regulating the Florida Bar. The venue for any disputes arising out of this engagement letter or the Engagement shall be the federal or state courts situated in Miami-Dade County, Florida. If you desires confidentiality in connection with the resolution of any disputes between you and the Firm, at your request and cost, the Firm is amenable to proceeding in arbitration according to the Rules of the American Arbitration Association before a single arbitrator, with arbitration to take place in Miami-Dade County, Florida.

If, after consideration, you consent and agree to be represented by the Firm in accordance with the above terms and conditions, please sign the enclosed copy of this letter in the space provided below and return it to us. Should you have any questions, please feel free to call us.

We appreciate the opportunity to be of service.

*Roberto A Torricella Jr.*

Roberto A. Torricella, Jr.

ACCEPTED AND AGREED to by:

______________________________

Frederic Gautier-Winther
February 02-04, 2025